ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 2 4 2014

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

PILAR ASTON *propria persona*
 Plaintiff,

CIVIL ACTION FILE NO.
1:13-cv-03991-RWS-JSA

v.

BANK OF AMERICA, NA.
 Defendant.

## **PLAINTIFF'S OPPOSITION TO MOTION TO QUASH SUBPOENAS DIRECTED TO CHEX SYSTEMS AND BANK OF AMERICA, NA**

Plaintiff, PILAR ASTON propria persona, files PLAINTIFF'S OPPOSITION TO MOTION TO QUASH SUBPOENAS DIRECTED TO CHEX SYSTEMS AND BANK OF AMERICA, NA.

*1.* Plaintiff responds to the arguments of Defendants, Bank of America in asking the court to deny all relief sought in the Defendants Bank of Americana's MOTION To Quash Subpoenas Duces Tecum with Incorpated Memorandum of Law.

## ARGUMENT

a. Burden

---

*Plaintiff reserve the right to amend Corrected First Amended Complaint during Discovery to elucidate the Plaintiff cause of action.*

*"The party moving to quash a subpoena bears the burden of persuasion."*

*Webster v. Northwest Cancer Specialists, P.C., No. 11-1543 (D. Or., 2012),*

*citing Green v. Baca, 226 F.R.D. 624, 653 (C.D. Cal. 2005).*

*b. "The Motion to Quash should be denied because Rule 45 expressly permits*

*the Court to modify the subpoena, rather than impose the more drastic*

*remedy of quashing it." See Rule 45(c) (3) (A). In fact, "modification of a*

*subpoena is preferable to quashing it outright." See Wiwa v. Royal Dutch*

*Petroleum Co., 392 F.3d 812, 818 (5th Cir. 2004).*

2. Plaintiff agrees that the dates on the Subpoenas are unintentional error Plaintiff did not pursue Bank of America with dates allowing extended time as needed and Chex Systems duration lasted from *January 16th, 2014* until Plaintiffs receipt on or about *February 7th, 2014.* Plaintiff *denies* violation of *Rule 45(d) (3) (A)* as stated # 2 by the Defendants; the dates conflicted only due unintentional error by Plaintiff.

*Rule 45(c) (2) (B) provides that objections "must be served before the earlier of*

*the time specified for compliance or 14 days after the subpoena is served. The*

*Defendant received subpoenas on January 14, 2014 at 9:33 am and waited until*

*February 7th, 2014 to respond, twenty four days later. Plaintiff believes if any*

*adjustment is warranted it would be for Bank of America to receive modification*

*due to their issues with reasonable time being allowed.*

*Plaintiff reserve the right to amend Corrected First Amended Complaint during Discovery to elucidate the Plaintiff cause of action.*

*3.* Plaintiff *denies* # 3 of defendants Motion that she sent the Defendants Bank of America and Chex Systems subpoenas by regular mail .Plaintiff provided copies of subpoenas on *1/14/2014 by Certified Mail Label # 70123460000244590520* to 1230 Peachtree, Street, NE, Promenade 11 Ste. 2100, Atlanta, Georgia 30309 *(See Exhibit 1)*, prior to providing by *Certified Mail Label # 70123460000244590513*, the subpoena to Chex Systems on *1/16/2014* to 601 Riverside Ave T- 2, Jacksonville, Florida 32204. (*See Exhibit 2).* Defendants despite their superior knowledge of the illegality of perjury have a willful willingness for lying to the Court, and or making deceptive representation of information.

*4.* Plaintiff *denies* # *4* of defendants Motion that she violation of *Rule 45(b)* as shown in Exhibits 1and 2 above, the Plaintiff also provide to the Court *(Exhibit 3),* receipts of purchase, and tracking information for *certified mail*. *See Exhibits 4& 5.*

*5.* Defendants attached a copy of the Plaintiff's subpoena to their Motion but failed to attach a copy of the envelope that would show violation of *Rule 45 (b)* and or validate their allegation of Plaintiffs delivery method by regular mail. *See Exhibit Sample 001, 002 &003.*

6. Plaintiff's certified mail had an affixed label which is on Defendants envelope which was detached from the Plaintiffs *receipt. See Exhibit 1&2.*

*Plaintiff reserve the right to amend Corrected First Amended Complaint during Discovery to elucidate the Plaintiff cause of action.*

*7.* Plaintiff in light of Defendants arguments # *6* attaches *O.C.G.A 24-10-23(2010)*, which states , *A subpoena may be served by any sheriff, by his deputy, or by any other person not less than 18 years of age. Proof may be shown by return or certificate endorsed on a copy of the subpoena. Subpoenas may also be served by registered or certified mail or statutory overnight delivery, and the return receipt shall constitute prima-facie proof of service. Service upon a party may be made by serving his counsel of record. (See Exhibit 6).Defendant lack standing to quash subpoena on the grounds of improper service.*

*8.* Plaintiff has knowledge of *Rule 34*and understand the process of discovery in relation to this case. Plaintiff bears the burden of providing the Court with some type of evidence other than flaw memory prior to discovery that gives validly to her action.

*9.*Defendant in their Motion to Dismiss raises issue that the Plaintiff arguments is sparse and lacked proof to state claim upon which relief may be granted. Defendants continue to be unscrupulous and have no bona fide defense other than manipulation of facts in motion fillings.

*10.* Plaintiff only after speaking with Tiffany Hall a supervisor at Chex Systems on *December 24, 2014, at 12:45 pm*, realized that her memory was imprecise with statements provided in her amended complaint filed on *Dec 16, 2013*.Ms. Hall

provided the Plaintiff with dates that conflicted with Plaintiffs dates, which caused concern. Tiffany Hall spoke with legal and instructed Plaintiff that legal required a subpoena because of dates of stored information. *See Documents A, B, C, D, E, F, and G.*

*11.* At that point the Plaintiff requested subpoena for Chex Systems and Bank of America. Plaintiff spoke with *Lori Jones, compliance Analyst 11 for Chex Systems.* Plaintiff was instructed that her personal information of record with Bank of America would be provided by submitting a subpoena, Plaintiff than sort subpoena on *January 7, 2014 to clerk of U.S. Northern District, Atlanta Division... See Documents 3&4.*

*12.* Based on these facts the Plaintiff denies any attempts to disguise *Rule 34* discovery request as *Rule 45* Subpoena. Therefore with regards to Plaintiff's request for subpoena for Chex Systems and Bank of America the Plaintiff *denies* attempting to circumvent the requirements of *Rule 45* and the Court's prescribed timing and discovery.

*13.* Discovery for will reveal substantial information from Bank of America that will not only reveal the attached documents from Chex Systems .Bank of America's violation against the Plaintiff entailed far more, such as information provided to federal reserve, possibility the selling of this debt to collection

*Plaintiff reserve the right to amend Corrected First Amended Complaint during Discovery to elucidate the Plaintiff cause of action.*

agencies, all which would be illegal .Plaintiff is confident that discovery will reveal this information.

*14.* Plaintiff believes this may be a public interest case, if as the Plaintiff believes Bank of America is being unjustly enriched by charging off and or selling fabricated customer debts that are not as appeared, this would not only warrant the Plaintiff civil action but warrant the action of the United States Justice Department to investigate. Bank of America has millions of customers and this enrichment would be unjust as well as a violation of the law.

WHEREFORE, Plaintiff prays upon this Court:

To deny Defendant Bank of America all relief sought and finds that the subpoenas for the information in this case are proper for plaintiff's legitimate pursuit of its claims.

To modify Defendants Bank of America Subpoena for bank of America to receive 30 days from date of order. Chex Systems is not of issue at this time, other request may be made during discovery.

To sanction and or holds the Defendant Bank of America in contempt for lying in reference to mail received and their attempts to manipulation of Court documents.

*Plaintiff reserve the right to amend Corrected First Amended Complaint during Discovery to elucidate the Plaintiff cause of action.*

DATED: *February 20, 2014.*

PILAR ASTON
POB 19186
ATLANTA, GEORGIA 31126
*Phone: 678.906.6662*

*Plaintiff reserve the right to amend Corrected First Amended Complaint during Discovery to elucidate the Plaintiff cause of action.*

# Exhibit # 1

7012 3460 0002 4459 0520

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| ATLANTA GA 30309 | | 0022 |
| Postage | $ | $0.46 |
| Certified Fee | | $3.10 |
| | | 22 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.56 |

Postmark
Here

Sent To _Jarrod E. Mendy_

Street, Apt. No; or PO Box No. _1230 Peachtrest NE_

City, State, ZIP+4 _Atlanta, GA_ Ste 2.00

PS Form 3800, August 2006    See Reverse for Instructions

# Exhibit # 2

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

JACKSONVILLE FL 32204                    0023

| Postage | $ | $0.46 | 22 |
| Certified Fee | | $3.10 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | $0.30 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | 01/13/2014 |
| Total Postage & Fees | $ | $3.56 | |

Sent To  Chesbro Legal Dept T-2
Street, Apt. No.; or PO Box No.  601 Riverside Ave
City, State, ZIP+4  Jacksonville, FL 32204

PS Form 3800, August 2006                    See Reverse for Instructions

7012 3460 0002 4549 0513

# Exhibit # 3

```
                    PHARR ROAD STATION
                      ATLANTA, Georgia
                         303556000
                    1204440023 -0096
        01/13/2014    (800)275-8777    12:38:51 PM
```

                         Sales Receipt
| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|

ATLANTA GA 30309 Zone-1                    $0.46
First-Class Mail Letter
0.60 oz.
Expected Delivery: Tue 01/14/14
@@ Certified                               $3.10
Label #:
70123460000244590520
Customer Postage                          -$0.46
Subtotal:                                  $3.10
                                        ========

Issue PVI:                                 $3.10

JACKSONVILLE FL 32204 Zone-3               $0.46
First-Class Mail Letter
0.40 oz.
Expected Delivery: Thu 01/16/14
@@ Certified                               $3.10
Label #:
70123460000244590513
Customer Postage                          -$0.46
Subtotal:                                  $3.10
                                        ========

Issue PVI:                                 $3.10

(Forever)              2      $0.58        $1.16
Bank Swallow
PSA #10
Envelope
                                        --------
Total:                                     $7.36


Paid by:                                   $7.36
Debit Card
   Account #:          XXXXXXXXXXXX7945
   Approval #:         358211
   Transaction #:      84
   23 902850387
   Receipt#:           002256

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*****************************************
*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*****************************************
*****************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*****************************************
*****************************************

Exhibit # 4

English          Customer Service        USPS Mobile                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools
Track
Find USPS Locations
Buy Stamps
Sch...
Cal...
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

Enter up to 10 Tracking #    Find

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number: 70123460000244590520**

**Expected Delivery Day: Tuesday, January 14, 2014**

## Product & Tracking Information

## Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **January 14, 2014 , 9:33 am** | **Delivered** | **ATLANTA, GA 30309** |
| January 14, 2014 , 7:16 am | Arrival at Unit | ATLANTA, GA 30309 |
| January 14, 2014 , 1:50 am | Processed at USPS Origin Sort Facility | ATLANTA, GA 30304 |
| January 14, 2014 | Depart USPS Sort Facility | ATLANTA, GA 30304 |
| January 13, 2014 , 9:14 pm | Processed at USPS Origin Sort Facility | NORTH METRO, GA 30026 |
| January 13, 2014 , 6:10 pm | Dispatched to Sort Facility | ATLANTA, GA 30355 |
| January 13, 2014 , 12:36 pm | Acceptance | ATLANTA, GA 30355 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright 2014 USPS. All Rights Reserved.

Exhibit # 5

English          Customer Service          USPS Mobile                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools
Track                              Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions
Enter up to 10 Tracking #Find
Find USPS Locations
Buy Stamps
Sch
Ca
Look Up a ZIP Code™
Hold Mail
Change of Address

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: **70123460000244590513**

Expected Delivery Day: **Thursday, January 16, 2014**

## Product & Tracking Information

## Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 16, 2014 , 9:29 am** | **Delivered** | **JACKSONVILLE, FL 32204** |
| January 16, 2014 , 7:25 am | Arrival at Unit | JACKSONVILLE, FL 32205 |
| January 16, 2014 , 2:37 am | Processed through USPS Sort Facility | JACKSONVILLE, FL 32203 |
| January 15, 2014 | Depart USPS Sort Facility | JACKSONVILLE, FL 32203 |
| January 15, 2014 , 2:51 pm | Processed through USPS Sort Facility | JACKSONVILLE, FL 32203 |
| January 14, 2014 | Depart USPS Sort Facility | NORTH METRO, GA 30026 |
| January 13, 2014 , 9:14 pm | Processed at USPS Origin Sort Facility | NORTH METRO, GA 30026 |
| January 13, 2014 , 6:10 pm | Dispatched to Sort Facility | ATLANTA, GA 30355 |
| January 13, 2014 , 12:37 pm | Acceptance | ATLANTA, GA 30355 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

LEGAL                    ON USPS.COM                  ON ABOUT.USPS.COM            OTHER USPS SITES

Privacy Policy ›         Government Services ›        About USPS Home ›            Business Customer Gateway ›
Terms of Use ›           Buy Stamps & Shop ›          New sroom ›                  Postal Inspectors ›
FOIA ›                   Print a Label with Postage › USPS Service Alerts ›        Inspector General ›

https://tools.usps.com/go/TrackConfirmAction!input.action?tRef=qt&tLc=0&tLabels=70123460000244590513          1/2

# Exhibit # 6

# 2010 Georgia Code
# TITLE 24 - EVIDENCE
# CHAPTER 10 - SECURING ATTENDANCE OF WITNESSES AND PRODUCTION AND PRESERVATION OF EVIDENCE
# ARTICLE 2 - SUBPOENAS AND NOTICE TO PRODUCE
# PART 1 - IN GENERAL
# § 24-10-23 - Service of subpoenas

O.C.G.A. 24-10-23 (2010)
24-10-23. Service of subpoenas

A subpoena may be served by any sheriff, by his deputy, or by any other person not less than 18 years of age. Proof may be shown by return or certificate endorsed on a copy of the subpoena. **Subpoenas may also be served by registered or certified mail or statutory overnight delivery, and the return receipt shall constitute prima-facie proof of service**. Service upon a party may be made by serving his counsel of record.

# DOCUMENT# 1

 

11601 Roosevelt Blvd., TA-41, St. Petersburg, FL 33716
T: 727.227.5153 | F: 727-556-9196 | Marcy.Thurman@FISGlobal.com

January 30, 2014

VIA EMAIL AND REGULAR MAIL
Ms. Pilar Aston
P.O. Box 19186
Atlanta, GA 31126

Re:    Subpoena to Produce Documents – Civil Action No. 1:13-cv-03991-RWS-JSA
       Chex Systems, Inc. ("Chex Systems")

Dear Ms. Aston:

Chex Systems recently received the above-referenced subpoena and will be responding shortly.
In accordance with Chex Systems services agreement with Bank of America, it is required to
notify Bank of America of the subpoena prior to responding.

The required notification to Bank of America will be sent via overnight mail today and Chex
Systems will respond to the subpoena upon confirmation of the receipt of the notice by Bank of
America.

We thank you for your patience in this matter.


Sincerely yours,

Marcy J. Thurman

Marcy J. Thurman
Senior Legal Specialist/Paralegal

cc:    Lori Jones, Compliance Analyst II

# EXHIBIT 7



11601 Roosevelt Boulevard
St. Petersburg, FL 33716-2202



Ms. Pilar Aston
P.O. Box 19186
Atlanta, GA 31126

31126$1186 B008

# DOCUMENT# 2

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125
800.513.7125



February 3, 2014

Pilar Aston
P.O. Box 19186
Atlanta, GA 31126

Dear Pilar Aston:

This letter is in response to a subpoena received by Chex Systems, Inc. (ChexSystems) requesting "a complete history of all information submitted to ChexSystems by Bank of America, including dates and disputes by Pilar Aston for BOA".

Enclosed is a copy of the file history of your communications with ChexSystems regarding information reported to us by Bank of America.

I certify that the attached is a true and accurate copy of the information on file retained in the ordinary course of business of ChexSystems Consumer Relations Department based on the information requested in your subpoena.

If you have any questions or if I can be of further assistance, please contact me directly by mail at the address listed above in our letterhead or by telephone at 800-831-3146.

Sincerely,

Lori Jones
Compliance Analyst II
Consumer Relations
Chex Systems, Inc.

# DOCUMENT 3

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia ▼

PILAR ASTON )
_____ )
*Plaintiff* )
v. )  Civil Action No.  1:13-cv-03991-RWS-JSA
BANK OF AMERICA,NA )
)
_____ )
*Defendant* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    Chexsystems,Inc. Consumer Relations , Legal Department
_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Reference:
PILAR ASTON,POB 19186,ATLANTA,GEORGIA 31126,COMPLETE HISTORY OF ALL INFORMATION SUBMITTED TO CHEXSYSTEMS BY BANK OF AMERICA, INCLUDING DATES,AND DISPUTES BY PILAR ASTON FOR BOA.

| Place: POB 19186,ATLANTA,GEORGIA 31126 or Email:inkmatters11@aol.com | Date and Time: 01/09/2014 11:22 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  1/10/14

JAMES N. HATTEN
*CLERK OF COURT*

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

## Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# DOCUMENT 4

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia ▾

PILAR ASTON )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:13-cv-03991-RWS-JSA
BANK OF AMERICA,NA )
_____ )
*Defendant* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: BANK OF AMERICA,NA , Legal Department c/o
Jarrod S.Mendel, McGuire Woods LLP

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Reference:
PILAR ASTON,POB 19186,ATLANTA,GEORGIA 31126,COMPLETE HISTORY OF ALL INFORMATION SUBMITTED TO CHEXSYSTEMS BY BANK OF AMERICA, INCLUDING DATES,AND DISPUTES BY PILAR ASTON FOR BOA.

| Place: POB 19186,ATLANTA,GEORGIA 31126 or Email:inkmatters11@aol.com | Date and Time: 01/09/2014 11:22 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/10/14

JAMES N. HATTEN
*CLERK OF COURT*

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

## Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Albuquerque Publishing Company
7777 Jefferson NE • P.O. Drawer J-T
Albuquerque, New Mexico 87103

 

CERTIFIED MAIL

$05.54

US POSTAGE

7008 3230 0000 8445 2321

RETURN RECEIPT
REQUESTED

4/11
8/27/09

Bill Payne
13015 Calle de Sandias NE
Albuquerque, N.M.
87111

21

# *SAMPLE Exhibit 001*

# Certified Mail Information

- Certified Mail - $3.30 Fee (All fees are in addition to postage.)
  - Certified Mail provides proof of mailing and delivery of mail. The sender receives a mailing receipt at the time of mailing and a record of delivery is maintained by the Postal Service. A return receipt can also be purchased for an additional fee to provide the sender with proof of delivery. Certified Mail service is only available for First-Class Mail or Priority Mail. See below for more information about return receipts. An example of a Certified Mail Receipt is shown below.

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | 0.45 (1st Class Postage) |
| Certified Fee | $ 2.95 |
| Return Receipt Fee (Endorsement Required) | $ 2.35 (if desired) |
| Restricted Delivery Fee (Endorsement Required) | $ 4.55 (if desired) |
| Total Postage & Fees | $ 10.30 |

Sent To
Reggie Redbird
Street, Apt. No.; or PO Box No.
123 State St
City, State, ZIP+4
Normal IL 61761

PS Form 3800, August 2006          See Reverse for Instructions

*SAMPLE Exhibit 002*



# SAMPLE Exhibit 003

# DOCUMENT A

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125
800.513.7125

**ChexSystems**

February 1, 2009

25
PILAR W ASTON
15118 SKYLINE LANE
ATLANTA, GA 30345

ChexSystems will reinvestigate any item listed in your consumer report that you believe may be
inaccurate or incomplete. In order for a reinvestigation to be initiated, please complete the
enclosed form and mail it to the address listed above in our letterhead or by fax to 602-659-2197.

**This report was prepared for PILAR W ASTON**

| Consumer ID: | 19656988 for PILAR W ASTON |
| --- | --- |

Please provide your Consumer ID number, along with your Social Security number, in any future contact with
ChexSystems.

**Reported Information**

Reported Information refers to reports of accounts that have been mishandled, reported for cause, and/or
outstanding debts. Reported Information is submitted directly to ChexSystems by members of our service
which consists mainly of financial institutions. Our current practice is to retain this information for a period of five
years.

SSN/ID indicates a Social Security number, Individual Taxpayer Identification number, Tax ID number, or
Employer ID number.

Source of Information: BANK OF AMERICA MISSOURI
                     ST. LOUIS, MO
Reported Name:    PILAR W ASTON
Reported Address:  12850 HIGHWAY 9 N # 600-1
                     ALPHARETTA, GA  30004
Reported SSN/ID: XXX-XX-1098
Drivers License:   State:
RTN: 061000052    Account: 334018280073
Date Reported: 05/05/2008
Reported For: SUSPECTED FRAUD ACTIVITY
Debt Reported: ChexSystems has no debt information available.
May we suggest that you contact the source of the information
to determine whether or not a debt is owed.

*False*

Source of Information: BANK OF AMERICA MISSOURI
                     ST. LOUIS, MO
Reported Name:    PILAR W ASTON
Reported Address:  12850 HIGHWAY 9 N # 600-1
                     ALPHARETTA, GA  30004
Reported SSN/ID: XXX-XX-1098
Drivers License:   State:
RTN: 061000052    Account: 334016234668
Date Reported: 05/05/2008
Reported For: SUSPECTED FRAUD ACTIVITY
Original Charge Off Amount: $89.00

*False*

Source of Information: BANK OF AMERICA MISSOURI



Reply ID: 10259362-7

000001 of 000012          000150          1

# DOCUMENT B

ALPHARETTA, GA  30004

Reported SSN/ID: ██████████

Drivers License:  State:

RTN: 061000052  Account: 334016234668

Date Reported: 05/05/2008

Reported For: REPORT IS DISPUTED BY THE CONSUMER(S)

SUSPECTED FRAUD ACTIVITY

Original Charge Off Amount: $89.00

Source of Information: BANK OF AMERICA MISSOURI

ST. LOUIS, MO

Reported Name:  PILAR W ASTON

Reported Address:  12850 HIGHWAY 9 N # 600-1

ALPHARETTA, GA  30004

Reported SSN/ID: ██████████

Drivers License:  State:

RTN: 061000052  Account: 334007719610

Date Reported: 04/17/2008

Reported For: REPORT IS DISPUTED BY THE CONSUMER(S)

ACCOUNT ABUSE

Original Charge Off Amount: $395.03

Source of Information: BANK OF AMERICA MISSOURI

ST. LOUIS, MO

Reported Name:  PILAR W ASTON

Reported Address:  12850 HIGHWAY 9 N # 600-1

ALPHARETTA, GA  30004

Reported SSN/ID: ██████████

4/10/2000

# DOCUMENT C

Drivers License: State:

RTN: 061000052  Account: 334018280073

Date Reported: 05/05/2008

Reported For: REPORT IS DISPUTED BY THE CONSUMER(S)

SUSPECTED FRAUD ACTIVITY

Debt Reported: ChexSystems has no debt information available.

May we suggest that you contact the source of the information

to determine whether or not a debt is owed.

Reason for Reinvestigation: The consumer states that the reported information is false.  Please verify the accuracy of the reported information and verify the suspected fraud activity based on the following guidelines:

****Note: The reason for report on this account is Suspected Fraud Activity.  The standard for reporting fraud is alleged intentional or willful violation of financial institution checking account privileges or policies to obtain unauthorized benefits or rights.  In addition to verifying the account based on the nature of the consumer dispute, please also verify that the reporting meets this standard.  If the reporting does not meet this standard, and you wish the report to remain on our files, please provide an appropriate reporting alternative.  If this information is not received, the information submitted by your institution will be removed from our database.

Does the reason your institution reported suspected fraud activity meet the required standard described above?
Yes _____  No _____ If no, please provide an alternate reason for reporting.  _____

If ChexSystems does not receive a response to this reinvestigation request from you by the response due date listed above, we will be required to remove the disputed item from our files.  This email may be the only notification we provide to you; therefore your timely response is crucial.

If this information is deleted as a result of the consumer's dispute, and for any reason needs to be reinserted, please contact the Consumer Relations department directly, as your institution must certify this information before it can be reinserted.  This will also enable us to notify the consumer of the reinsertion as required by the Federal Fair Credit Reporting Act.

<u>Confidentiality Notice</u>

This transmission is intended only for the addressee(s) named above.  It contains information that is privileged, confidential or otherwise protected from use and disclosure.  If you are not the intended recipient, you are hereby notified that any review, disclosure, copying or dissemination of this transmission or the taking of any action in reliance on its contents, or other use is strictly prohibited.  If you receive this transmission in error, please notify us by telephone immediately.  Thank you for your cooperation.

_____

The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by persons other than the intended recipient. Thank you.

_____

# DOCUMENT D

15118 Skyline Lane
Atlanta, Ga. 30345

Consumer Relations
1805 Hudson Road Suite 100
Woodbury, MN. 55125

ATLANTA
GA
APR - 1 09

# 0000008086

US POSTAGE
0042
AUSTRALIA 101612
***

551256+1555

# DOCUMENT E

## ChexSystems

### REQUEST FOR CONSUMER STATEMENT

You are entitled to add a statement to any item of information contained in your consumer file. Should you wish to add a statement, please complete this form and mail it to ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN, 55125 or fax it to 602-659-2197. If you would like assistance in writing a clear summary of your dispute statement, please contact ChexSystems at 800-513-7125.

**SECTION 1 – CONSUMER PERSONAL IDENTIFIERS**

Consumer ID (obtain from consumer report): ▓▓▓▓▓▓

Full Name: _Tlav Aston_          Social Security Number: ▓▓▓▓▓▓

Drivers License Number: _____          State of Issuance: _____

Business Name (if applicable): _____          Tax ID#: ____-_____

Current Address: _15118 Skyline Lane_

**SECTION 2 – REQUEST FOR CONSUMER STATEMENT**

Please provide the information below for each item you wish to add your statement to.

*False Information*
1. Source of information statement is being added to: _Bank of A_
   Account number: _3301820_          Date listed on item: _5-5-2008_

*False Information*
2. Source of information statement is being added to: _Bank of A_
   Account number: _3301623466_          Date listed on item: _5-5-2008_

*Fake Information*
3. Source of information statement is being added to: _Bank of A_
   Account number: _33400711961_          Date listed on item: _8-1-2008_

*Wrong Information*
4. Source of information statement is being added to: _GFCU_
   Account number: _00012083868_          Date listed on item: _1-11-2006_

Please provide the exact text you wish to be added as your statement. Use additional pages if needed. Please limit your statement to 100 words (200 words for residents of Maine). Your statement must be written in your own words, and may not contain names of any other individuals or companies not associated with the information.

_____

Consumer Signature                    Date _3 March 2009_

# DOCUMENT F

# ChexSystems

## CONSUMER REQUEST FOR REINVESTIGATION

ChexSystems will reinvestigate any item listed in your consumer report that you believe may be inaccurate or incomplete. In order for a reinvestigation to be initiated, please complete this form and mail it to ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN, 55125 or fax it to 602-659-2197. ChexSystems will contact the source of the information to notify them of your dispute and will inform you of the results of the reinvestigation by mail within approximately 30 days. In order for us to perform a complete reinvestigation, please provide all of the following information:

RECD APR 0 6 2009

### SECTION 1 – CONSUMER PERSONAL IDENTIFIERS

Consumer ID (obtain from consumer report): _____

Full Name: _____  Social Security Number: ____-__-____

Drivers License Number: _____  State of Issuance: _____

Business Name (if applicable): _____  Tax ID#: ___-_____

Current Address: _____

### SECTION 2 – REQUEST FOR REINVESTIGATION

If disputing multiple items please provide the information below for each disputed item. Use additional paper if needed.

1. Source of Disputed Information: _Bank of America_
Account number: _2401827073_  Date listed on disputed item: _____

2. Source of Disputed Information: _Bank of America_
Account number: _2240162 3466 8_  Date listed on disputed item: _____

3. Source of Disputed Information: _Bank of America_
Account number: _334004 719610_  Date listed on disputed item: _____

4. Source of Disputed Information: _Georgia Federal Credit Union_
Account number: _000120836 8_  Date listed on disputed item: _____

Nature of dispute:
Please provide a detailed explanation of your specific dispute of each item. Use additional paper if needed.

_____
_____
_____
_____
_____

Consumer Signature _____  Date _2-10-2009_



# DOCUMENT G

**Yang, Mae**

| | |
|---|---|
| **From:** | ██████████████████████████████ |
| **Sent:** | Friday, April 10, 2009 9:22 AM |
| **To:** | Mail_CR_Dispute_Resolution |
| **Cc:** | J████████████ |
| **Subject:** | RE: CD-CID 14247040 |

RECU APR 1 0 2009

Account *9610* *0073 and *4668* have balances due  Reports are correct and to remain.

This report of **Suspected Fraud is Accurate and** should **remain** on Chex System. Customer can file a dispute with Bank of America Risk Closure Department at **1-877-240-6886 opt 2 Monday- Friday 8:00 a.m. until 5:00p.m.est.**

Thanks in advance

████████████

**From:** ████████████████████████████████████
**Sent:** Thursday, April 09, 2009 3:44 PM
**To:** Recovery Management-BLT
**Subject:** CD CID 14247040

April 9, 2009

| | |
|---|---|
| From: ████████████ | Dispute Received Date: April 6, 2009 |
| Agent ID: 301603 | Response Due Date: May 4, 2009 |
| Phone: 800-328-5121, ext.6520 | Reference CID: 14247040 |
| Fax: (602) 659-2910 | |

ChexSystems Request for Reinvestigation

The information listed below has been disputed by the consumer.

Source of Information: BANK OF AMERICA MISSOURI

ST. LOUIS, MO

Reported Name:     PILAR W ASTON

Reported Address:  12850 HIGHWAY 9 N # 600-1

4/10/2009

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2014, I filed a copy of ***Plaintiff's***

***Opposition to Motion to Quash Subpoenas Directed to Chex Systems and Bank***

***of America*** and will send by U.S. Mail notification of such filing to the following

attorney of record.

*Jarrod S. Mendel c/o*
*Bank of America, NA*
*McGuire Woods LLP*
*1230 Peachtree Street, NE*
*Promenade.11, Ste.2100*
*Atlanta, Georgia 30309-3534*

*PILAR ASTON pro*

*Please Serve:*
*PILAR ASTON*
*POB 19186*
*ATLANTA, GEORGIA 31126*
*(678)-906-6662*