IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 2 4 2014

JAMES N. ~~~~~~ EN, Clerk
By: _____
Deputy Clerk

PILAR ASTON **propria persona**
Plaintiff,

                               CIVIL ACTION FILE NO.
                               1:13-cv-03991-RWS-JSA

v.

BANK OF AMERICA, NA.
         Defendant.

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff,Pilar Aston propria persona request a temporary restraining order against
the Defendant Bank of America to immediately reframe from communication of
any malicious and or harmful information to all financial reporting, Credit
Reporting or other reporting agencies any false information. Bank of America has
intentionally misled the Plaintiff, the public, financial agencies, Credit Reporting
agencies, and Consumer Reporting Agencies, U.S. government with false, harmful
information.

1. Defendants misrepresented Plaintiffs deposited first draft Disbursement
   #:4560400492 from Progressive Insurance as Fraudulent check. See
   Exhibit 005&006.

2. Plaintiff draft was replaced with draft Disbursement 456252003 on April 14, 2008. See Exhibit 007,008 & 009.

3. Plaintiff on or about February, 2009, contacted and disputed information. See Exhibit 010,011&012.

4. Defendants Bank of America reaffirmed false information that has caused the Plaintiff even more harm than her believed at the filing of her original Complaint. See Exhibit 013, 014& 015.

Bank of America has used hidden methods of providing and reaffirming false information against the Plaintiff. Plaintiff has learned that the Defendant may have illegally used this fraudulent information to gain unjust enrichment.

WHEREFORE, Plaintiff respectfully moves this Court to issue a temporary restraining order that prohibits the Defendant Bank of America from engaging in corrupt and or illegal behaviors that would impede the Plaintiff or this proceeding any further.

*Pilar Aston*

*Please Serve:*

*POB 19186*

*Atlanta, Georgia 31126*

*678.906.6662*

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2014, I filed a copy of *Plaintiff's*

*Motion for Temporary Restraining Order* and will send by U.S. Mail notification

of such filing to the following attorney of record.

*Jarrod S. Mendel c/o*
*Bank of America, NA*
*McGuire Woods LLP*
*1230 Peachtree Street, NE*
*Promenade.11, Ste.2100*
*Atlanta, Georgia 30309-3534*

PILAR ASTON pro

*Please Serve:*
*PILAR ASTON*
*POB 19186*
*ATLANTA, GEORGIA 31126*
*(678)-906-6662*

Exhibit 005

**Per your request**

## Payment Information

Disbursement Number:456040492

Total Amount:          $4,070.16
Invoice Number:

## EFT Trace Number:
Paid To:YUSSIF ABUBAKAR AND****************************************

ALL CREDIT ACCEPTANCE, ONLY*******************************

Mailing Address:4763 BRYANT DRIVE
SNELLVILLE, GA 30039 USA
In Payment Of:COLLISION DAMAGE TO 04 TRAILBLAZER LESS $1000 DEDT

## Vendor Information

Name:
Type:

1099 Required:

## Reviewed Summary

Issuing Rep:SCH0008
Issue Date:03-27-08
Last Updated Rep:SCH0008

Approved By:
Review Date:
Reviewed By:

## Bank Information

Type:Loss
Stop Reason:Other
Stop Date:04-14-08

Bank Code:AS2
Cleared:No

Exhibit 006

**Exposure Detail: COLL**

Party Name:ABUBAKAR, YUSSIF
Property Description:04 CHEVR TRAILBLAZERSW
Payment Type:FINAL PAYMENT

Amount Paid:
Deductible Taken:
Property Damage:
Rental:

$4,070.16
$1,000.00
$0.00
$0.00

# Lance Burton

Progressive Casualty Insurance Company | Claims

901 North Broad Street NE,  Suite 300 | Rome, GA 30161

Phone:  **706-728-3721** | Fax:  **706-235-1850**

Exhibit 007

*041000014*
04/16/2008
6617293863

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

| Policy # 33282155-000 | Insured ASTON, PILAR W | Date Issued 4/14/2008 | Area Code 640 | Draft Number 456252003 |
| Claim # 082030153 | Claimant ABUBAKAR, YUSSIF | Date of Loss 3/19/2008 | State Code GA | Office Issued At GA-1DEKT-GRP- | PAC |

Dollars $******4,070.16**

PAY FOUR THOUSAND SEVENTY AND 16/100

In Payment of
COLLISION DAMAGE TO 04 TRALBLAZER LESS $1000 DEDT

CODE CODE 23PCL

Payable through **National City Bank**
ASHLAND, OHIO 1-877-448-9545

Progressive Mountain Insurance Company

Pay To
YUSSIF ABUBAKAR AND***************************
ALL CREDIT ACCEPTANCE, ONLY***********************
4763 BRYANT DRIVE
SNELLVILLE GA 30039

BY *Scott Vril*
AUTHORIZED SIGNATURE

⑈456252003⑈ ⑆041203895⑆ 7701870⑈ ⑈0000407016⑈

⑈456252003⑈ ⑆041203895⑆ 7701870⑈ ⑈0000407016⑈

1210199937
0410-0001-4
04162008
ENT=0885 TRC=088

For Deposit

ALLCREDIT ACCEPTANCE CO.

041203895
NATIONAL CITY ASHLAND
04/16/08 BK#35

↓Do not endorse or write below this line.↓

Thank you,

Julie Nalow

Draft Control

Progressive Insurance

440-395-2245 phone

440-395-2840 fax

625-2245 network

Exhibit 008

## Payment Information

Disbursement Number:456252003

Total Amount:        $4,070.16
Invoice Number:

## EFT Trace Number:

Paid To:YUSSIF ABUBAKAR AND*************************************

ALL CREDIT ACCEPTANCE, ONLY*******************************

Mailing Address:4763 BRYANT DRIVE
SNELLVILLE, GA 30039 USA
In Payment Of:COLLISION DAMAGE TO 04 TRALBLAZER LESS $1000 DEDT

## Vendor Information

Name:
Type:

1099 Required:

## Reviewed Summary

Issuing Rep:SCH0008
Issue Date:04-14-08
Last Updated Rep:SCH0008

Approved By:
Review Date:
Reviewed By:

## Bank Information

Type:Loss
Stop Reason:
Stop Date:

Bank Code:AS2
Cleared:04-16-08

## Exposure Detail: COLL

Exhibit 009

Party Name:ABUBAKAR, YUSUF
Property Description:04 CHEVR TRAILBLAZERSW
Payment Type:SUPPLEMENTAL PAYMENT

Amount Paid:
Deductible Taken:
Property Damage:
Rental:

$4,070.16
$1,000.00
$0.00
$0.00

# Lance Burton

Progressive Casualty Insurance Company | Claims

901 North Broad Street NE,  Suite 300 | Rome, GA 30161

Phone:  **706-728-3721** | Fax:  **706-235-1850**

Exhibit 010

B0259362

Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125
800.513.7125

**ChexSystems**

February 1, 2009

25
PILAR W ASTON
15118 SKYLINE LANE
ATLANTA, GA 30345

ChexSystems will reinvestigate any item listed in your consumer report that you believe may be inaccurate or incomplete. In order for a reinvestigation to be initiated, please complete the enclosed form and mail it to the address listed above in our letterhead or by fax to 602-659-2197.

This report was prepared for PILAR W ASTON

| Consumer ID: | 19656988 for PILAR W ASTON |
| --- | --- |

Please provide your Consumer ID number, along with your Social Security number, in any future contact with ChexSystems.

**Reported Information**

Reported Information refers to reports of accounts that have been mishandled, reported for cause, and/or outstanding debts. Reported Information is submitted directly to ChexSystems by members of our service which consists mainly of financial institutions. Our current practice is to retain this information for a period of five years.

SSN/ID indicates a Social Security number, Individual Taxpayer Identification number, Tax ID number, or Employer ID number.

Source of Information: BANK OF AMERICA MISSOURI
         ST. LOUIS, MO
Reported Name:   PILAR W ASTON
Reported Address:  12850 HIGHWAY 9 N # 600-1
        ALPHARETTA, GA  30004

*False*

Reported SSN/ID: XXX-XX-1098
Drivers License:   State:
RTN: 061000052   Account: 334018280073
Date Reported: 05/05/2008
Reported For: SUSPECTED FRAUD ACTIVITY
Debt Reported: ChexSystems has no debt information available.
May we suggest that you contact the source of the information to determine whether or not a debt is owed.

Source of Information: BANK OF AMERICA MISSOURI
         ST. LOUIS, MO
Reported Name:   PILAR W ASTON
Reported Address:  12850 HIGHWAY 9 N # 600-1
        ALPHARETTA, GA  30004

*False*

Reported SSN/ID: XXX-XX-1098
Drivers License:   State:
RTN: 061000052   Account: 334016234668
Date Reported: 05/05/2008
Reported For: SUSPECTED FRAUD ACTIVITY
Original Charge Off Amount: $89.00

Source of Information: BANK OF AMERICA MISSOURI



Reply ID: 10259362-7            000001 of 000012         000150     1

Exhibit 011

# ChexSystems

## REQUEST FOR CONSUMER STATEMENT

You are entitled to add a statement to any item of information contained in your consumer file. Should you wish to add a statement, please complete this form and mail it to ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN, 55125 or fax it to 602-659-2197. If you would like assistance in writing a clear summary of your dispute statement, please contact ChexSystems at 800-513-7125.

### SECTION 1 – CONSUMER PERSONAL IDENTIFIERS

Consumer ID (obtain from consumer report): ~~████████~~

Full Name: _Filar Aston_    Social Security Number: ~~████████~~

Drivers License Number: _____    State of Issuance: _____

Business Name (if applicable): _____ Tax ID#: ___-_____

Current Address: _15118 Skyline Lane_

### SECTION 2 – REQUEST FOR CONSUMER STATEMENT

Please provide the information below for each item you wish to add your statement to.

_False information_   1. Source of information statement is being added to: _Bank of A_
Account number: _3240182_   Date listed on item: _5-5-2008_

_False information_   2. Source of information statement is being added to: _Bank of A_
Account number: _3340162340668_   Date listed on item: _5-5-2008_

_Fake information_   3. Source of information statement is being added to: _Bank of A_
Account number: _3340077719610_   Date listed on item: _5-5-2008_

_Wrong information_   4. Source of information statement is being added to: _GFCU_
Account number: _0001208368_   Date listed on item: _1-11-2006_

Please provide the exact text you wish to be added as your statement. Use additional pages if needed. Please limit your statement to 100 words (200 words for residents of Maine). Your statement must be written in your own words, and may not contain names of any other individuals or companies not associated with the information.

_____

Consumer Signature: _Filar Aston_      Date: _3 March 2009_

Exhibit 012

# ChexSystems

## CONSUMER REQUEST FOR REINVESTIGATION

ChexSystems will reinvestigate any item listed in your consumer report that you believe may be inaccurate or incomplete. In order for a reinvestigation to be initiated, please complete this form and mail it to ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN, 55125 or fax it to 602-659-2197. ChexSystems will contact the source of the information to notify them of your dispute and will inform you of the results of the reinvestigation by mail within approximately 30 days. In order for us to perform a complete reinvestigation, please provide all of the following information:

RECD APR 0 6 2009

### SECTION 1 – CONSUMER PERSONAL IDENTIFIERS

Consumer ID (obtain from consumer report): _____

Full Name: _____ Social Security Number: _____-__-_____

Drivers License Number: _____ State of Issuance: _____

Business Name (if applicable): _____ Tax ID#: ___-_____

Current Address: _____

### SECTION 2 – REQUEST FOR REINVESTIGATION

If disputing multiple items please provide the information below for each disputed item. Use additional paper if needed.

1. Source of Disputed Information: _Bank of America_
Account number _234018290073_ Date listed on disputed item: _____

2. Source of Disputed Information: _Bank of America_
Account number: _234016234668_ Date listed on disputed item: _____

3. Source of Disputed Information: _Bank of America_
Account number: _334004719610_ Date listed on disputed item: _____

4. Source of Disputed Information: _Georgia Federal Credit Union_
Account number: _000208368_ Date listed on disputed item: _____

Nature of dispute:
Please provide a detailed explanation of your specific dispute of each item. Use additional paper if needed.

_____
_____
_____
_____
_____
_____

Consumer Signature        _2-10-2009_
                          Date



Exhibit 013

**Yang, Mae**

| | |
|---|---|
| **From:** | ████████████████████████████████ |
| **Sent:** | Friday, April 10, 2009 9:22 AM |
| **To:** | Mail_CR_Dispute_Resolution |
| **Cc:** | ████████████████ |
| **Subject:** | RE: CD CID 14247040 |

RECD APR 1 0 2009

Account *9610* *0073 and *4668* have balances due  Reports are correct and to remain.

This report of **Suspected Fraud is Accurate and** should **remain** on Chex System. Customer can file a dispute with Bank of America Risk Closure Department at
**1-877-240-6886 opt 2 Monday- Friday 8:00 a.m. until 5:00p.m.est.**

Thanks in advance

████████

**From:** ████████████████████████████████
**Sent:** Thursday, April 09, 2009 3:44 PM
**To:** Recovery Management-BLT
**Subject:** CD CID 14247040

April 9, 2009

From: ████████████          Dispute Received Date: April 6, 2009

Agent ID: 301603                Response Due Date: May 4, 2009

Phone: 800-328-5121, ext.6520       Reference CID: 14247040

Fax: (602) 659-2910

ChexSystems Request for Reinvestigation

The information listed below has been disputed by the consumer.

Source of Information: BANK OF AMERICA MISSOURI

ST. LOUIS, MO

Reported Name:    PILAR W ASTON

Reported Address:  12850 HIGHWAY 9 N # 600-1

4/10/2009

Exhibit 014

CD CID 14247040

ALPHARETTA, GA 30004

Reported SSN/ID:

Drivers License:  State:

RTN: 061000052  Account: 334016234668

Date Reported: 05/05/2008

Reported For: REPORT IS DISPUTED BY THE CONSUMER(S)

SUSPECTED FRAUD ACTIVITY

Original Charge Off Amount: $89.00

Source of Information: BANK OF AMERICA MISSOURI

ST. LOUIS, MO

Reported Name:  PILAR W ASTON

Reported Address:  12850 HIGHWAY 9 N # 600-1

ALPHARETTA, GA 30004

Reported SSN/ID:

Drivers License:  State:

RTN: 061000052  Account: 334007719610

Date Reported: 04/17/2008

Reported For: REPORT IS DISPUTED BY THE CONSUMER(S)

ACCOUNT ABUSE

Original Charge Off Amount: $395.03

Source of Information: BANK OF AMERICA MISSOURI

ST. LOUIS, MO

Reported Name:  PILAR W ASTON

Reported Address:  12850 HIGHWAY 9 N # 600-1

ALPHARETTA, GA 30004

Reported SSN/ID:

4/10/2008

Exhibit 015

Drivers License:  State:

RTN: 061000052   Account: 334018280073

Date Reported: 05/05/2008

Reported For: REPORT IS DISPUTED BY THE CONSUMER(S)

SUSPECTED FRAUD ACTIVITY

Debt Reported: ChexSystems has no debt information available.

May we suggest that you contact the source of the information

to determine whether or not a debt is owed.

Reason for Reinvestigation: The consumer states that the reported information is false.  Please verify the accuracy of the reported information and verify the suspected fraud activity based on the following guidelines:

****Note: The reason for report on this account is Suspected Fraud Activity.  The standard for reporting fraud is alleged intentional or willful violation of financial institution checking account privileges or policies to obtain unauthorized benefits or rights.   In addition to verifying the account based on the nature of the consumer dispute, please also verify that the reporting meets this standard.  If the reporting does not meet this standard, and you wish the report to remain on our files, please provide an appropriate reporting alternative.  If this information is not received, the information submitted by your institution will be removed from our database.

Does the reason your institution reported suspected fraud activity meet the required standard described above?
Yes _____   No _____  If no, please provide an alternate reason for reporting. _____

If ChexSystems does not receive a response to this reinvestigation request from you by the response due date listed above, we will be required to remove the disputed item from our files.  This email may be the only notification we provide to you; therefore your timely response is crucial.

If this information is deleted as a result of the consumer's dispute, and for any reason needs to be reinserted, please contact the Consumer Relations department directly, as your institution must certify this information before it can be reinserted.  This will also enable us to notify the consumer of the reinsertion as required by the Federal Fair Credit Reporting Act.

<u>Confidentiality Notice</u>

This transmission is intended only for the addressee(s) named above.  It contains information that is privileged, confidential or otherwise protected from use and disclosure.  If you are not the intended recipient, you are hereby notified that any review, disclosure, copying or dissemination of this transmission or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you receive this transmission in error, please notify us by telephone immediately.  Thank you for your cooperation.

_____

The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by persons other than the intended recipient. Thank you.

_____

4/10/2009